Decided September 20, 1994

HOME INSURANCE COMPANY *v.* AETNA LIFE
AND CASUALTY COMPANY

The Supreme Court docket number is SC 15052.

*Edward W. Case,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 20, 1994

HOME INSURANCE COMPANY *v.* AETNA LIFE
AND CASUALTY COMPANY

The petition of Barry Schuss for certification for appeal from the Appellate Court, 35 Conn. App. 94 (AC 12434), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the psychiatric records of Barry Schuss were disclosable under General Statutes § 52-146f (5)?"

The Supreme Court docket number is SC 15051.

*Donald W. O'Brien, Lois Tanzer* and *Kathleen M. Grover,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 20, 1994